UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHNSON CARL ROBERTS, IV,

    Petitioner,

v.                                            CASE NO. 6:03-cv-1809-Orl-19DAB
                                                (6:03-cr-043-Orl-19DAB)

UNITED STATES OF AMERICA,

    Respondent.
_____

## **ORDER**

Petitioner's Notice of Appeal is construed as requesting a certificate of appealability (Doc. No. 12, filed May 27, 2005). *See Edwards v. United States*, 114 F.3d 1083, 1084 (11th Cir. 1997). This Court should grant an application for certificate of appealability only if Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right, and the request for a certificate of appealability must be **DENIED**.

**DONE AND ORDERED** at Orlando, Florida this __15th__ day of July, 2005.

*[signature]*

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 6/24
Johnson Carl Roberts, IV

Counsel of Record